IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01437-CMA-BNB

CLINTON M. BRYANT, JR.,

Plaintiff,

v.

KING SOOPERS,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order did not include the information required from the plaintiff, and was refused for that reason.

IT IS ORDERED:

(1) A supplemental scheduling conference is set for **October 6, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order on or before **September 29, 2011**; and

(2) **Defendant's Motion for Leave to File Unilateral Scheduling Order** [Doc. # 9, filed 7/18/2011] is DENIED as moot.

Dated July 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge