IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01437-CMA-BNB

CLINTON M. BRYANT, JR.,

Plaintiff,

v.

KING SOOPERS,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Order setting a supplemental scheduling conference,

IT IS ORDERED that **Defendant's Second Motion for Leave to File Unilateral Scheduling Order** [Doc. # 14, filed 9/29/2011] is DENIED as moot.

DATED:  October 20, 2011