IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-01437-CMA-BNB

CLINTON M. BRYANT, JR.,

Plaintiff,

v.

KING SOOPERS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

In view of my Recommendation that the case be dismissed with prejudice,

IT IS ORDERED that **Defendant's Motion for Leave to Resubmit Unilateral Scheduling Order** [Doc. # 22, filed 11/4/2011] is DENIED as moot.

DATED:  November 17, 2011