IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01437-CMA-BNB

CLINTON M. BRYANT, JR.,

    Plaintiff,

v.

KING SOOPERS,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 17, 2011
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Boyd N. Boland (Doc. # 25) recommending dismissal of this case with prejudice for failure to prosecute; repeated failures to comply with the Federal Rules of Civil Procedure and the local rules of practice of this court; and repeated failure to comply with court orders. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 10.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167

(10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 25), filed November 17, 2011, is AFFIRMED and ADOPTED. In accordance therewith, it is

FURTHER ORDERED that Magistrate Judge Boland's Order to Show Cause (Doc. # 17) be made absolute and that this case is DISMISSED WITH PREJUDICE.

DATED: December __21__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge