**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-01437-CMA-BNB

CLINTON M. BRYANT, JR.,

      Plaintiff,

v.

KING SOOPERS,

      Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 17, 2011
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

      This matter is before the Court on the Recommendation of Magistrate Judge Boyd N. Boland (Doc. # 25) recommending dismissal of this case with prejudice for failure to prosecute; repeated failures to comply with the Federal Rules of Civil Procedure and the local rules of practice of this court; and repeated failure to comply with court orders.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

      The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 10.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

      "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167

(10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150
(1985) (stating that "[i]t does not appear that Congress
intended to require district court review of a magistrate's
factual or legal conclusions, under a de novo or any other
standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate

Judge Boland is sound and that there is no clear error on the face of the record.  *See*

Fed.R.Civ.P. 72(a).  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N.

Boland (Doc. # 25), filed November 17, 2011, is AFFIRMED and ADOPTED.  In

accordance therewith, it is

FURTHER ORDERED that Magistrate Judge Boland's Order to Show Cause

(Doc. # 17) be made absolute and that this case is DISMISSED WITH PREJUDICE.

DATED:  December __21__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2